```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0208--CV (JKS)
                 "WANDA M. HERRERA V SAFEWAY INC"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/29/05
            Closed: 11/01/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury

            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 08/29/05 receipt # 00126464
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1          HERRERA, WANDA M.                Robert J. Jurasek
                                                  Pentlarge Law Group
                                                  1400 W. Benson Boulevard
                                                  Suite 550
                                                  Anchorage, AK 99503
                                                  907-276-1919
                                                  FAX 907-276-8000

DEF 1.1          SAFEWAY INC                      Frank S. Koziol Jr
                                                  Attorney at Law
                                                  618 Christensen Drive
                                                  Anchorage, AK 99501
                                                  907-258-7706
                                                  FAX 907-258-7707

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0208--CV (JKS)
                            "WANDA M. HERRERA V SAFEWAY INC"

                                  For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 08/29/05
           Closed: 11/01/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury

           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 08/29/05 receipt # 00126464
         Trial by: Jury
```

```
Document #   Filed      Docket text

   1 -  1   08/29/05   DEF 1 Notice of Removal from Superior Court case no. 3AN-05-9248CI w/att
                       exhs.

   1 -  2   08/29/05   DEF 1 Jury Demand.

   2 -  1   08/29/05   DEF 1 Notice advising state court pleadings previously filed.

   3 -  1   08/29/05   DEF 1 Service List.

   4 -  1   08/31/05   JKS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                       file w/crt w/i 10 days cy of state crt docs & svc list. cc: cnsl

   5 -  1   08/31/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/in 28 days from svc of this ord. cc: cnsl

   6 -  1   09/07/05   DEF 1 Notice of compliance w/ord to petitioner subsequent to removal.

   7 -  1   09/21/05   DEF 1 Notice to court.

   8 -  1   09/21/05   PLF 1 response to notice of removal.

   9 -  1   10/11/05   PLF 1; DEF 1 Stipulation to remand this case to State Superior Court.

  10 -  1   10/13/05   JKS Minute Order granting stipulation to remand this case to State
                       Superior Court (9-1). cc: cnsl (10/13/05 certified cy mailed to state
                       court)
```