DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 W. Seventh Ave. #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071 - Phone
(907) 271-2344 - Fax
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| BARBARA F. KEENE, | Case No. 3:05-cv-00209-RRB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties, through counsel, file this stipulation to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (ii). Each party shall bear their own costs and attorney fees.

Respectfully submitted, August 21, 2006.


DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

KAPOLCHOK LAW OFFICES, LLC

by:   s/George M. Kapolchok (consent)
Attorney for Plaintiff
360 K Street, Suite 100
Anchorage, AK 99501
E-mail: paulab@kapolchok.com
AK #7510071