IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| BARBARA F. KEENE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00209-RRB<br><br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the stipulation of the parties, the above-captioned case is dismissed with prejudice.

IT IS SO ORDERED.

_____     _____
         (DATE)                                                    RALPH R. BEISTLINE
                                                                         United States District Court Judge