IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| BARBARA F. KEENE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:05-cv-00209-RRB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of the parties, the above-captioned case is dismissed with prejudice.

IT IS SO ORDERED.

8/28/06
(DATE)

/s/ RRB
RALPH R. BEISTLINE
United States District Court Judge